IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

ELF-MAN LLC,

                              Plaintiff,

v.

DOES 1-57, DOES 1-16, DOES 1-107,

                          Defendants.

Case Nos. 6:13 CV 331-TC
✓1:13 CV 333-TC
3:13 CV 334-TC

O R D E R

      Magistrate Judge Coffin filed his Findings and Recommendation on May 14, 2013. The matter is now before me. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1982). See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

      THEREFORE, IT IS HEREBY ORDERED that, I adopt Judge Coffin's Findings and Recommendation.

      Dated this __17__ day of June, 2013.

                                                             _/s/ Ann Aiken_
                                                      Ann Aiken, United States District Judge

Order -- Page 1